IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-396

| | |
|---|---|
| SIAVASH MOJARRAD, Administrator of THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BRETT EDWARDS, *in his individual and official capacities,* CITY OF RALEIGH, NORTH CAROLINA, CASSANDRA DECK-BROWN, *in her official capacity as Chief of Police for the City of Raleigh, North Carolina*, and RUFFIN HALL, *in his official capacity as City Manager for the City of Raleigh, North Carolina*, <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL FOR WILLIAM BRETT EDWARDS in his Official Capacity** |

NOW COMES Robin L. Tatum, City Attorney for the City of Raleigh, by undersigned counsel, Hunt K. Choi, of the Raleigh City Attorney's Office, and hereby provides notice to the Court, all parties, and their counsel that the undersigned shall appear as counsel of record in this action on behalf of defendant, William Brett Edwards in his Official Capacity. Copies of all pleadings, notices, calendars, and other documents regarding this matter should be directed to Hunt K. Choi through the Court's CM/ECF electronic service system or by first class mail.

1

This the 1st day of September, 2020.

        **CITY OF RALEIGH**
        **Robin L. Tatum**
        **City Attorney**

By: /s/ Hunt K. Choi
     HUNT K. CHOI
     Deputy City Attorney
     NC State Bar No. 24172
     Post Office Box 590
     Raleigh, North Carolina 27602
     Telephone: (919) 996-6560
     Facsimile: (919) 996-7021
     Email: hunt.choi@raleighnc.gov
     *Counsel for Defendants Cassandra Deck-Brown, Ruffin Hall, and City of Raleigh, North Carolina*

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Catherine E. Edwards, Esq. | Dan M. Hartzog, Jr., Esq. |
| Winston S. Kirby, Esq. | Katherine Barber-Jones, Esq. |
| Edwards Kirby, LLP | Hartzog Law Group, LLP |
| P.O. Box 17005 | 1903 N. Harrison Avenue, Suite 200 |
| 3201 Glenwood Avenue, Suite 100 | Cary, North Carolina 27513 |
| Raleigh, NC 27619 | *Attorneys for Defendant William Brett Edwards* |
| *Attorneys for Plaintiff Siavash Mojarrad* | |
| Email: cedwards@edwardskirby.com | Email: dhartzogjr@hartzoglawgroup.com |
| wkirby@edwardskirby.com | Kbarber-jones@hartzoglawgroup.com |

And I hereby certify that I have mailed the document to the following non CM/ECF participants:

Respectfully submitted,

This the 1st day of September, 2020.

**CITY OF RALEIGH**
**Robin L. Tatum**
**City Attorney**

By: /s/ Hunt K. Choi
HUNT K. CHOI
Deputy City Attorney
NC State Bar No. 24172
Post Office Box 590
Raleigh, North Carolina 27602
Telephone: (919) 996-6560
Facsimile: (919) 996-7021
Email: hunt.choi@raleighnc.gov
*Counsel for Defendants Cassandra Deck-Brown, Ruffin Hall, and City of Raleigh, North Carolina*