IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-396-FL

| | |
|---|---|
| SIAVASH L. MOJARRAD, as Administrator of THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BRETT EDWARDS, in his individual capacity, and CITY OF RALEIGH, NORTH CAROLINA, <br><br> Defendants. | **CONSENT MOTION TO CONTINUE THE TELEPHONIC DISCOVERY CONFERENCE ON OCTOBER 21, 2021 FROM 12:30 P.M. TO 1:30 P.M.** |

NOW COMES Defendant City of Raleigh, North Carolina, by and through counsel, and hereby requests that the Telephonic Discovery Conference scheduled for today, October 21, 2021, at 12:30 p.m. be continued to 1:30 p.m. today.

A Notice of the Telephonic Discovery Notice was filed on October 20, 2021.

Counsel for the Defendant City of Raleigh is appearing in the Circuit Court of Cook County, Illinois, and can be available today at 1:30 p.m. for the telephonic conference.

Counsel for the Defendant City of Raleigh has consulted with counsel for Plaintiff and Defendant William Brett Edwards who consent to this motion.

WHEREFORE, Defendant City of Raleigh, North Carolina respectfully requests that the Telephonic Discovery Conference scheduled for today, October 21, 2021 at 12:30 p.m. be continued to 1:30 p.m. today.

Respectfully submitted, this the 21th day of October, 2021.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Sonny S. Haynes
Sonny S. Haynes
N.C. State Bar No. 41303
One West Fourth Street
Winston Salem, North Carolina 27101
Telephone: (336) 721-3632
Facsimile: (336) 726-2227
Email: Sonny.Haynes@wbd-us.com

**CITY OF RALEIGH**
**Robin L. Tatum**
**City Attorney**

/s/ Hunt K. Choi
Hunt K. Choi
Deputy City Attorney
N.C. State Bar No. 24172
Post Office Box 590
Raleigh, North Carolina 27602
Telephone: (919) 996-6560
Facsimile: (919) 996-7021
Email: hunt.choi@raleighnc.gov

*Counsel for Defendant City of Raleigh, North Carolina*

## CERTIFICATE OF SERVICE

      This is to certify that on October 21, 2021, a copy of the foregoing **CONSENT MOTION TO CONTINUE THE TELEPHONIC DISCOVERY CONFERENCE ON OCTOBER 21, 2021 FROM 12:30 P.M. TO 1:30 P.M.** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Sonny S. Haynes
Sonny S. Haynes
N.C. State Bar No. 41303
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, North Carolina 27101
Telephone: (336) 721-3632
Facsimile: (336) 726-2227
Email: Sonny.Haynes@wbd-us.com

*Counsel for Defendant City of Raleigh, North Carolina*