IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-396-FL

| | |
|---|---|
| SIAVASH L. MOJARRAD, as Administrator of THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BRETT EDWARDS, in his individual capacity, and CITY OF RALEIGH, NORTH CAROLINA, <br><br> Defendants. | **ORDER GRANTING CONSENT MOTION TO CONTINUE THE TELEPHONIC DISCOVERY CONFERENCE ON OCTOBER 21, 2021 FROM 12:30 P.M. TO 1:30 P.M.** |

FOR GOOD CAUSE SHOWN, the Defendant City of Raleigh, North Carolina's Consent Motion to Continue the Telephonic Discovery Conference on October 21, 2021 from 12:30 p.m. to 1:30 p.m. is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Telephonic Discovery Conference will be conducted today, October 21, 2021 at 1:30 p.m.

This the _____ day of October, 2021.

_____