IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIAVASH L. MOJARRAD, )<br>*as administrator of* THE ESTATE OF )<br>SOHEIL ANTONIO MOJARRAD, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>WILLIAM BRETT EDWARDS, *in his* )<br>*individual capacity*, and )<br>CITY OF RALEIGH, )<br>NORTH CAROLINA, )<br> )<br>    Defendants. )<br>_____ ) | Civil Action No. 5:20-CV-396 |

## **AMENDED CASE MANAGEMENT ORDER**

Pursuant to the directive of the Court during the November 8, 2021, Status Conference in this matter (Dkt. 58), Plaintiff and Defendants (collectively referred to hereinafter as "Parties") jointly proposed the following extensions of the case management deadlines:

1. All discovery shall be commenced or served in time to be completed by **January 28, 2022**.

2. Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served by **December 29, 2021.**

3. Party and fact witness depositions shall be completed by **January 14, 2022**; expert witness and treating physician depositions shall be completed by **January 28, 2022.**

4. All potentially dispositive motions and all motions to exclude testimony of expert witnesses pursuant shall be filed by **February 28, 2022.**

5. The deadline to complete the ADR process is **February 14, 2022**.

6. All other terms and conditions in the court's October 7, 2021, case management order, not herein altered, shall remain in full force and effect.

**SO ORDERED**.

This the 16th day of November, 2021.

_____
The Honorable Louise W. Flanagan
United States District Judge