EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:20-cv-396-FL

| | |
|---|---|
| SIAVASH MOJARRAD, as Administrator of THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BRETT EDWARDS, *in his individual capacity*, and CITY OF RALEIGH, NORTH CAROLINA., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**REBUTTAL EXPERT DISCLOSURE OF DEFENDANT WILLIAM BRETT EDWARDS**

Defendant, WILLIAM BRETT EDWARDS ("Defendant" or "Officer Edwards"), by and through his undersigned attorneys and pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure hereby discloses the following witness whom Defendant may use at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Pursuant to Rule 26(a)(2)(D)(ii) of the Federal Rules of Civil Procedure, Defendant has retained the following expert witness to offer rebuttal testimony to the opinions of David R. Foran, Ph.D. as disclosed in Plaintiff's supplemental disclosures, served on November 9, 2021:

>**Meghan Clement, M.S., ABC-MB**
>**Clement Consulting, LLC**
>**P.O. Box 18014**
>**Raleigh, NC 27619-8014**

Ms. Clement is an expert in the fields of forensic biology and forensic DNA analysis, among other areas of expertise more fully described in her expert report and curriculum vitae. Ms. Clement's expert report, a curriculum vitae listing her qualifications, her fee schedule, and a list of cases in which she has testified as an expert at trial or by deposition, are attached as Exhibits A, B, C, and D, respectively.

Defendant reserves the right to question other identified witnesses in this case (not retained by these defendants as paid experts) regarding any opinions they may have formed to the extent said opinions are based upon their specialized training and experience and will be helpful to the jury. Defendant reserves the right to supplement or amend his disclosures as appropriate.

This the 9th day of December, 2021.

> **HARTZOG LAW GROUP LLP**
>
> */s/ Dan M. Hartzog Jr.*
> DAN M. HARTZOG, JR.
> N.C. State Bar No. 35330
> E-mail: dhartzogjr@hartzoglawgroup.com
> KATHERINE BARBER-JONES
> N.C. State Bar No. 44197
> E-mail: kbarber-jones@hartzoglawgroup.com
> 2626 Glenwood Avenue, Suite 305
> Raleigh, NC 27608
> Telephone: (919) 670-0338
> Facsimile: (919) 714-4635
> *Attorneys for Defendant William Brett Edwards*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that this day the foregoing *Rebuttal Expert Disclosure of Defendant William Brett Edwards* were served by electronic mail pursuant to the agreement of the parties, addressed as follows:

| | |
|---|---|
| Catharine E. Edwards<br>Email: cedwards@edwardskirby.com<br>Winston S. Kirby<br>Email: wkirby@edwardskirby.com<br>Mary Kathryn Kurth<br>Email: mkurth@edwardskirby.com<br>EDWARDS KIRBY<br>P.O. Box 17005<br>3201 Glenwood Avenue Suite 100<br>Raleigh, NC 27619<br>*Attorneys for Plaintiff* | Hunt K. Choi<br>Email: hunt.choi@raleighnc.gov<br>CITY OF RALEIGH, NORTH CAROLINA<br>Office of the City Attorney<br>Post Office Box 590<br>Raleigh, North Carolina 27602-0590<br><br>Sonny S. Haynes<br>Email: Sonny.Haynes@wbd-us.com<br>WOMBLE BOND DICKINSON (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br><br>*Attorneys for City of Raleigh, North Carolina* |

This the 9th day of December, 2021.

                                            **HARTZOG LAW GROUP LLP**

                                            */s/ Katherine Barber-Jones*
                                            DAN M. HARTZOG, JR.
                                            N.C. State Bar No. 35330
                                            E-mail: dhartzogjr@hartzoglawgroup.com
                                            3KATHERINE BARBER-JONES
                                            N.C. State Bar No. 44197
                                            E-mail: kbarber-jones@hartzoglawgroup.com
                                            2626 Glenwood Avenue, Suite 305
                                            Raleigh, NC 27608
                                            Telephone: (919) 670-0338
                                            Facsimile: (919) 714-4635
                                            *Attorneys for Defendant William Brett Edwards*

# Clement Consulting, LLC



PO Box 18014
Raleigh, NC 27619-8014

Report by Meghan E. Clement, MS
Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)

Reference: *Mojarrad v. City of Raleigh, North Carolina, et al.*

1. My name is Meghan Clement and I am a Forensic Biologist and owner of Clement Consulting, LLC in Raleigh, NC. I have been retained by the Hartzog Law Group representing the City of Raleigh, NC in the above referenced matter. Specifically, I have been asked to review the testing performed by the North Carolina State Crime Laboratory on the knife that was submitted for analysis, as well as to review opinions proffered by David R. Foran, Ph.D..

2. My qualifications include a Bachelor of Science degree in Biology from Westfield State College in Massachusetts and a Master of Science degree in Forensic Science from the University of New Haven in Connecticut. I have also obtained graduate level credits from the University of New Mexico at Albuquerque and the University of Virginia through courses I attended at the Federal Bureau of Investigation Training Center. I have over 35 years of experience in the field of forensic serology and over 33 years of experience in the field of forensic DNA analysis. I was also trained and participated in crime scene investigations in my first two places of employment. I have testified in forensic DNA cases over 380 times and I have personally examined and worked on thousands of DNA cass. I am also board certified by the American Board of Criminalistics in Molecular Biology. My curriculum vitae is attached.

3. In preparation for preparing this report I have reviewed and relied upon the following documents:

    a. The complete DNA case file from the North Carolina State Crime Laboratory (NCSCL) (R201905968-1) and the latent print case file from the North Carolina State Crime Laboratory (R201905968-2).
    b. North Carolina State Crime Laboratory Procedure for Analysis-Interpretation of STR DNA Profiles, effective date 1 July 2020.
    c. North Carolina State Bureau of Investigation Report
    d. Various photos of the crime scene including pictures of the knife in decedent's hand.
    e. Foran Supplemental Report dated 8 November 2021.

4. I have relied upon my experience, training and education in forensic serology and forensic DNA analysis, to include scientific literature throughout the years.

5. Based on my review of the DNA materials provided in this matter, I agree with Dr. Foran's summation of the analytical steps taken by the NCSCL during the DNA testing of the sample from the knife and reference sample from Soheil Mojarrad.

6. I agree with Dr. Foran's opinion that STR results were obtained from the DNA isolated from the knife and were suitable for interpretation (met the laboratory's analytical threshold). The NCSCL case file includes the resulting electropherogram of the knife sample as well as the Allele call Result Worksheet dated 14 May 2019.

7. I agree with Dr. Foran's opinion that the STR results were of relatively low quality. The Allele call Result Worksheet mentioned above indicates that only four (4) of the fourty-four (44) autosomal alleles detected were above the stochastic threshold. The stochastic threshold is the peak height value determined through validation studies, below which it is reasonable to assume that, at a given locus, allelic dropout of a sister allele in a heterozygous pair may have occurred.

8. I agree with Dr. Foran's opinion the STR results are consistent with a mixture of DNA.

9. I agree with Dr. Foran's opinion that there is evidence of dropout (missing alleles).

10. I disagree with Dr. Foran's opinion that the mixture of DNA from the knife originated from two individuals. It is my opinion the mixture of DNA would have had to originate from *at least* two individuals, however, due to the presence of allelic dropout, as well as the vast number of alleles below stochastic threshold, there is no confidence that all alleles are being detected at the various loci where there are reportable results. Peak height ratios as well as the SE33 locus where, although none of the peaks meet reporting standards, there appears to be 5 possible peaks present, could be indications of more than 2 contributors.

11. I disagree with Dr. Foran's opinion that the North Carolina Crime Laboratory made no attempt to make any interpretation of the DNA data. They did interpret the data, however, determined that the interpreted data was insufficient to make comparisons. There is a notation on the bottom of the Allele call Results Worksheet indicating the interpreted data is 'inconclusive due to number of contributors, data in stochastic, possible dropout, and inability to distinguish between contributors'.

12. I disagree with Dr. Foran's opinion that both fingerprints and touch DNA would be expected to have been deposited on the knife. I would agree that it could be deposited, however, as a scientist, there should be no expectation of what evidence one would find. Scientists test the evidence to determine what is or is not present. If one has a preconceived expectation that something would be expected to be present, it could bias any objective interpretation of results obtained through testing.

13. I have authored no publications in the last 10 years.

14. I have attached a list of all cases in which I have testified in the last 4 years.

15. My standard rate for DNA case review, consultation and testimony is $250.00 per hour.

16. I may receive additional documents, records and information which may alter or otherwise affect the opinions expressed herin and I reserve the opportunity to re-consider and supplement the opinions set forth above. In this regard, it may be beneficial if the NCSCL utilizes STRmix® probabilistic genotyping software for reinterpretation and comparisons to the knife data obtained.

Dated this 8th day of December 2021

*Meghan E. Clement*
Meghan E. Clement, M.S., ABC-MB

## Curriculum Vitae

## Meghan E. Clement, MS, D-ABC

### Education

**1985**        **Master of Science, Forensic Science**
            University of New Haven, West Haven, Connecticut
            Honors:  Graduate Fellow, 1984

**1983**        **Bachelor of Science, Biology**
            Westfield State College, Westfield, Massachusetts
            Graduated Cum Laude

### Professional Experience

**FORENSIC SEROLOGY/ DNA CONSULTANT** April 2017-Present
        Clement Consulting, LLC
        Owner

        Provide Forensic Serology and DNA consultation to military and civil attorneys, law enforcement and civilian clients.  Review case files and raw data to assist in understanding the serological and STR, Y-STR or mtDNA testing performed, suggest potential new and/or additional testing if applicable, educate as to what conclusions can and cannot be drawn by the testing results, explain the limitations of testing results and assist with trial preparation as well as cross-examinations.

**CONTRACT LEAD ASSESSOR** December 2018- Present
        Lead assessment teams as well as perform technical assessments of laboratories for accreditation by ANSI National Accreditation Board (ANAB).

**DIRECTOR OF OPERATIONS** June 2015- April 2017
        Bode Cellmark Forensics, LabCorp Specialty Testing Group
        Lorton, VA

        Responsibilities:  Oversee all forensic laboratory operations, quality assurance aspects, applied research endeavors and work closely with the General Manager on other aspects of the business, perform case consultations, case reviews and provide expert testimony.

**SENIOR DIRECTOR** July 2012- December 2015
Cellmark Forensics, LabCorp Specialty Testing Group
Dallas, TX

Responsibilities: Manage the daily responsibilities of laboratory personnel and flow of both contract and independent casework, manage implementation of new tests, participate in analysis of casework and interpretation of results of STR, Y-STR and mtDNA analysis, perform technical reviews and administrative reviews, provide expert testimony, participate in marketing and sales functions.

**TECHNICAL DIRECTOR, FORENSIC IDENTITY** May 2000- July 2012
Laboratory Corporation of America
Research Triangle Park, North Carolina

Responsibilities: Manage the daily responsibilities of laboratory personnel and flow of casework, as well as implementation of new tests, participate in analysis of casework and interpret results of DNA analysis, prepare reports, provide expert testimony, direct and coordinate marketing and sales functions.

**ASSOCIATE DIRECTOR, FORENSIC IDENTITY** Aug. 1998- May 2000
Laboratory Corporation of America
Research Triangle Park, North Carolina

Responsibilities: Direct and participate in the DNA analysis of samples submitted to the laboratory, prepare reports of results and provide expert testimony, supervise and direct laboratory technologists and lab clerk positions, direct and coordinate marketing and sales functions.

**ASSISTANT DIRECTOR, FORENSIC IDENTITY** Nov. 1994- Aug. 1998
Laboratory Corporation of America (formerly Roche Biomedical Laboratories)
Research Triangle Park, North Carolina

Responsibilities: Conduct forensic DNA analysis on biological samples using both RFLP and PCR techniques, oversee and direct the laboratory technologists in the production of forensic DNA casework, prepare reports of results and provide expert testimony, assist in laboratory operations to ensure timely handling of cases and QA/QC measures, assist in the marketing and sales aspects of the Forensic Identity department.

**FORENSIC BIOLOGIST** March 1991 - Nov. 1994
Tarrant County Medical Examiner's Office
Fort Worth, Texas

Responsibilities: Forensic analysis of biological samples using traditional serological techniques as well as RFLP DNA profiling, conduct research and validation of new techniques in the forensic biology field, provide expert

testimony, provide training to officer's in various law enforcement agencies concerning the collection and preservation of evidence, crime scene investigation.

**SENIOR CRIMINALIST** March 1985 - March 1991
    City of Albuquerque, Police Department, Criminalistics
    Albuquerque, New Mexico

    Responsibilities: Assisted in implementing a DNA section including setting up quality control measures and population data bases, as well as performing validation studies, traditional serological analysis, blood/breath alcohol concentration analysis, provide expert testimony, crime scene investigation, train new personnel, officers and detectives.

**TEACHING ASSISTANT, FORENSIC SCIENCE** Sept. 1984- Mar. 1985
    University of New Haven, West Haven, Connecticut

    Responsibilities: Assist in teaching serological techniques to graduate students in the Criminalistics laboratories, assist in research projects being conducted.

**TEACHING ASSISTANT, BIOLOGY** Sept. 1983 - Sept. 1984
    University of New Haven, West Haven, Connecticut

    Responsibilities: Set up and assist in teaching various biology laboratories to undergraduate students.

**FORENSIC SCIENCE INTERNSHIP** August 1984
    New Mexico State Police Crime Laboratory,
    Santa Fe, New Mexico

    Observed and participated in case analysis under the supervision of New Mexico State Police forensic analysts in the serology, trace, drugs and firearms sections.

## Affiliations

American Academy of Forensic Sciences, Member

American Society of Crime Laboratory Directors, Retired Member

ANAB Lead Assessor

## Expert Testimony and Depositions

Testified 380+ times in 33 states

Testified in Military, Federal, State and County courts

| **Forensic Laboratory Experience** | **Qualified** |
|---|---|
| - RFLP | 1989 |
| - PCR Analysis and Interpretation | 1990 |
| - DQ Alpha + Polymarker Testing | 1995 |
| - Paternity Testing | 1995 |
| - Mitochondrial DNA Analysis | 1997 |
| - Commercial Kit STR Analysis | 2002 |
| - Y-STR Analysis | 2003 |

## Board Certifications

Molecular Biology - American Board of Criminalistics (ABC)

## Publications and Oral Presentations

Budowle, B., Monson, K., Anoe, K.S., Baechtel, S., Bergman, D.L., Buel, E., Campbell, P.A., Clement, M.E. et al (1991) A Preliminary Report on Binned General Population Data on Six VNTR Loci in Caucasians, Blacks and Hispanics from the United States. Crime Lab Digest 18:9-26.

Validation of Multiplex STR Profiling Systems for Forensic Casework Specimens
American Academy of Forensic Sciences, Feb. 1998

Developing a DNA Laboratory on a Shoestring Budget
Southwestern Association of Forensic Scientists, Spring Meeting 1991

## Continuing Education

| | |
|---|---|
| Feb 2021 | *AAFS Annual Meeting*, Virtual |
| March 2020 | *2020 Quality Assurance Standards (QAS) Training* |
| July 2019 | *Green Mountain Conference*, Burlington, VT |
| July 2018 | *Green Mountain Conference*, Burlington, VT |
| Feb 2018 | *AAFS Workshops: Moving from CPI to Probabilistic Genotyping for DNA Mixtures and Proposed Revisions to the FBI QA Standards*, Seattle, WA |
| Feb 2017 | *AAFS Annual Meeting*, New Orleans, LA |

| | |
|---|---|
| Sept 2016 | ***International Symposium on Human Identification,*** Minneapolis, MN |
| Oct 2015 | ***International Symposium on Human Identification,*** Grapevine, TX |
| Feb 2015 | ***AAFS Annual Meeting***, Orlando, FL |
| Sept 2014 | ***Genome ID Forum***, Greensboro, NC<br>***Forensic Genomic Applications*** |
| May 2014 | ***ASCLD Annual Meeting***, Scottsdale, AZ<br>***Workshop-Solving Mixtures Genome-wide: Practical, Measureable Solutions*** |
| Feb 2014 | ***AAFS Annual Meeting***, Seattle, WA |
| Oct 2013 | ***International Symposium on Human Identification***, Atlanta, GA |
| Feb 2013 | ***AAFS Annual Meeting***, Washington, DC |
| June 2012 | ***2012 NIJ Meeting***, Arlington, VA |
| Feb 2012 | ***AAFS Annual Meeting***, Atlanta, GA |
| Oct 2011 | ***Mixture Interpretation Workshop-Promega International Symposium on Human Identification,*** National Harbor, DC |
| Nov 2011 | ***CODIS Meeting,*** Jasonville, FL |
| Feb 2010 | ***AAFS Annual Meeting***, Seattle, WA |
| Aug 2009 | ***HID Future Trends in DNA Technology***, Applied Biosystems, Richmond, VA |
| Ape 2009 | ***FBI DNA Auditor's Refresher Training,*** Raleigh, NC |
| Feb 2009 | ***AAFS Annual Meeting***, Denver, CO |
| July 2008 | ***NIJ Meeting,*** Arlington, VA |
| Feb 2007 | ***AAFS Annual Meeting***, San Antonio, TX |
| Aug 2006 | ***AFDAA Summer Meeting***, Austin, TX |
| May 2006 | ***ABI Human Identity University,*** Research Triangle Park, NC |

| | |
|---|---|
| Feb 2006 | ***AAFS Annual Meeting***, Seattle, WA |
| Jun 2005 | ***6th Annual DNA Grantees Workshop,*** Arlington, VA |
| Apr 2004 | ***FBI DNA Auditor's Training,*** Quantico, VA |
| Feb 2004 | ***AAFS Annual Meeting***, Dallas, TX<br>***Forensic Human mtDNA Analysis Workshop*** |
| Oct 2003 | ***International Symposium on Human Identification,*** Phoenix, AZ<br>***Making Sense of Popstats Workshop*** |
| Apr 2003 | ***ASCLD/LAB-Laboratory Inspector Training Course,*** Raleigh, NC |
| Feb 2003 | ***AAFS Annual Meeting***, Chicago, IL<br>***Low Copy Number DNA Analysis Workshop*** |
| Jun 2002 | ***DNA Grantees Workshop***, Arlington, VA |
| Oct 2001 | ***7th Annual CODIS User's Conference,*** Arlington, VA |
| Feb 2001 | ***AAFS Annual Meeting,*** Seattle, WA |
| Feb 2000 | ***AAFS Annual Meeting,*** Reno, NV |
| Oct 1999 | ***NIJ Meeting,*** Arlington, VA |
| Apr 1998 | ***Mitochondrial DNA Analysis and Data Basing,*** presented by Mark Wilson and Clint Stauffer |
| Feb 1998 | ***AAFS Annual Meeting,*** San Francisco, CA |
| Sept 1997 | ***International Symposium on Human Identification,*** Phoenix, AZ |
| Feb 1997 | ***AAFS Annual Meeting,*** NYC, NY |
| Oct 1996 | ***English Speaking Working Group International Society for Forensic Haemogenetics*** |
| Sept 1996 | ***International Symposium on Human Identification,*** Phoenix, AZ |

**Specialized Schools and Training**

| | |
|---|---|
| Nov 2018 | ***ANAB LEAD ASSESSOR TRAINING***<br>Denver, CO |

| | |
|---|---|
| Dec 2011 | ***ASCLD/LAB TECHNICAL ASSESSOR REFRESHER TRAINING (June 2011 revision-on line training)*** |
| Apr 2009 | ***DNA AUDITOR REFRESHER TRAINING,*** Presented by the FBI, Research Triangle Park, NC |
| Jan 2006 | ***ASCLD/LAB-International ASSESSOR TRAINING COURSE,*** Houston, TX |
| Apr 2004 | ***DNA AUDITOR TRAINING,*** FBI Academy, Quantico, VA |
| Apr 2003 | ***ASCLD-LAB INSPECTOR TRAINING,*** Raleigh, NC |
| Mar 1995 | ***FORENSIC AMPLITYPE PM + HLA DQA1 PCR WORKSHOP,*** Perkin-Elmer Training Dept., Foster City, CA |
| June 1991 | ***ADVANCED FORENSIC DNA TYPING SCHOOL,*** FBI Academy, Quantico, Virginia |
| Mar-Jun 1990 | ***VISITING SCIENTIST PROGRAM,*** FBI Academy, Quantico, Virginia |
| | Assisted in numerous DNA research projects being conducted by the FBI Research and Training Center including data base compilation, ethidium bromide use in DNA analysis, quantitation of human DNA using slot blot techniques, effect of glycerol concentration on DNA, studies on possible ladders for amplified fragment length polymorphisms (amp-FLPs)/variable number tandem repeats (VNTRs), and population data base compilation of amp-Flp MCT118. |
| Dec 1989 | ***FORENSIC APPLICATIONS OF DNA TYPING,*** FBI Academy, Quantico, Virginia |
| Fall 1988 | ***MOLECULAR GENETICS AND FORENSIC SCIENCE,*** University of New Mexico, Albuquerque, New Mexico |
| May 1988 | ***DNA POLYMORPHISM AND DNA TYPING COURSE/WORKSHOP,*** University of New Haven, West Haven, Connecticut |

EXHIBIT C

## Clement Consulting, LLC



# Fee Schedule*

| Service | Price |
|---|---|
| Forensic Case Reviews / Consultations | $ 250.00 per hour or portion thereof |
| Depositions | $ 250.00 per hour or portion thereof |
| Affidavit Preparation | $ 250.00 per hour or portion thereof |
| Expert Testimony/Pre-Trial/Court Appearance | $ 2000.00 per day plus expenses |
| Travel time | $ 2000.00 per day# |

*Prices Effective 1 June 2019*
*# Travel less than 200 miles billed at $250.00/hr*

DUNS #: 080585146
Cage Code: 7U6W0
EIN: 82-0593096

| Date | Case | County |
|---|---|---|
| 15-Nov-17 | AR v Stacey Johnson (Motion for DNA testing) | Sevier Co., AR |
| 6-Feb-18 | US v Jonathan Phillips | District of Columbia, Washington |
| 19-Mar-18 | US v Deshawn Nichol (Motions hearing) | Navy Region Mid-Atlantic, Norfolk, |
| 15-May-18 | US v Carlos S. Aguilera (Courts Martial) | US Air Force, Joint Base McGuire- |
| 1+3 Oct 18 | NC v Spruill and Jones (NC Innoc. Inq. Comm) | Wake Co.-Innoc. Inq. Commission |
| 29-Nov-18 | US v Mercado (Courts Martial) | US Army, Ft. Bragg, NC |
| 17-Dec-18 | US v Antiwan Henning (Motion hearing) | US Army, Ft. Leavenworth, KS |
| 5-Jun-19 | NC v Merritt Williams (NC Innoc. Inq. Comm) | Wake Co.-Innoc. Inq. Commission |
| 9-Sep-19 | NC v Evans (NC Innoc. Inq. Comm) | Wake Co.-Innoc. Inq. Commission |
| 10-Sep-19 | Darryl Howard v. City of Durham (Deposition) | US Middle District of NC |
| 15-Oct-19 | Matthew Van Hofwegen v. Officer Joseph Steiner (Deposition) | US Disctrict Court of Minnesota |
| 18-Dec-19 | US v Antiwan Henning (Courts Martial) | US Army, Ft. Leavenworth, KS |
| 3-Jan-20 | US v Castro (Motions hearing) | US Army, Ft Eustis, VA |
| 28-Jan-21 | US v Brugh (Motions hearing) | US Army, Ft Shafter, HI |
| 14-May-21 | US v Salcedo (Courts Martial) | US Army, Ft Campbell, KY |
| 24-Sep-21 | Commonwealth v. Guy Marcus Allen | Jefferson County, KY |
| 9-Nov-21 | Darryl Howard v. Darrell Dowdy | US Middle District of NC, Winston- |

| | |
|---|---|
| | |
| | |
| | |
| VA | |
| Dix-Lakehurst, NJ | |
| hearing, NC | |
| | |
| | |
| | |
| hearing, NC | |
| hearing, NC | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Salem, NC | |