IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CV-396-FL

| | |
|---|---|
| SIAVASH L. MOJARRAD, as administrator of the Estate of Soheil Antonio Mojarrad, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RALEIGH, NORTH CAROLINA, et al., <br><br> Defendants. | **ORDER** |

This case comes before the court on the motion by defendant City of Raleigh ("Raleigh") to excuse the in-person attendance of the person who was then serving as the representative of its excess carrier (D.E. 78), Christine O'Brien, from in-person attendance at the settlement conference to be conducted in this case based on circumstances specific to Ms. O'Brien. During a telephonic conference with counsel earlier today, Raleigh's counsel advised that Ms. O'Brien was no longer serving in that role. The motion is therefore DENIED as MOOT.[1]

SO ORDERED, this 23rd day of March 2022.

James E. Gates
United States Magistrate Judge

---

[1] By separate order, the court is allowing the current representative of Raleigh's excess carrier, who is located in London, England, to attend the settlement conference by videoconference.