IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-396-FL

| | |
|---|---|
| SIAVASH MOJARRAD, Administrator of THE ESTATE OF SOHEIL ANTONIO MOJARRAD,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BRETT EDWARDS, *in his individual capacity and* CITY OF RALEIGH, NORTH CAROLINA,<br><br>    Defendants. | **APPENDIX OF EVIDENCE CITED IN CITY OF RALEIGH'S STATEMENT OF MATERIAL FACTS**<br>**(Local Civil Rule 56.1(a)(5))** |

  Pursuant to Local Rule 56.1(a)(5), the City of Raleigh offers the following Appendix of all evidence cited in Defendant City of Raleigh's Local Rule 56.1 Statement of Material Facts:

| **Ex. No.** | **Description** |
|---|---|
| 1 | City of Raleigh's Designation of Expert Witnesses dated August 16, 2021 |
| 2 | Declaration of John Eric Combs dated April 5, 2022 |
| 3 | Declaration of Isaac T. Avery, III dated March 24, 2022 |
| 4 | Defendant William Brett Edwards' Expert Disclosures dated August 16, 2021 |
| 5 | Declaration of John Ryan dated April 6, 2021 |
| 6 | Plaintiff's Supplemental Rule 26(a) Disclosures dated June 16, 2021 |
| 7 | Preliminary Report of Geoffrey P. Alpert dated June 14, 2021 |
| 8 | Expert Report of Jeffrey J. Noble dated June 14, 2021 |
| 9 | Rule 26 Report of Michael A. Jones dated June 16, 2021 |

1

| | |
|---|---|
| 10 | Excerpts from Transcript of Video Conference Deposition of John J. Ryan dated November 8, 2021 |
| 11 | Excerpts from Transcript of Videotaped Remote Deposition of Geoffrey P. Alpert, Ph. D. dated December 14, 2021 |
| 12 | Excerpts from Remote Videotaped Deposition of Jeffrey J. Noble dated December 13, 2021 |
| 13 | Excerpts from Transcript of Videotaped Video Conference 30(b)(5) and 30(b)(6) Deposition of City of Raleigh, North Carolina, by and through its representative Peter Rowland dated October 28, 2021 |
| 14 | Exhibit 4 to Videotaped Video Conference 30(b)(5) and 30(b)(6) Deposition of City of Raleigh, North Carolina, by and through its representative Peter Rowland dated October 28, 2021 |
| 15 | Excerpts from Transcript of Videotaped Video Conference 30(b)(5) and 30(b)(6) Deposition of City of Raleigh, North Carolina, by and through its representative Harvey Slade dated October 27, 2021 |
| 16 | Excerpts from Transcript of Deposition of Michael Anthony Jones Vol. II Conducted Virtually on January 18, 2022 |
| 17 | Excerpts from Transcript of Videotaped Video Conference 30(b)(5) and 30(b)(6) Deposition of City of Raleigh, North Carolina, by and through its representative Sherry Hunter dated October 29, 2021 |

In addition to the exhibits enumerated above, the following documents have previously been filed with the Court:

| **D.E. No.** | **Description** |
|---|---|
| D.E. 38 | Amended Complaint filed April 19, 2021 |
| D.E. 62-1 | Declaration of Ryan Wilson filed February 8, 2022 |
| D.E. 62-2 | Declaration of Robin L. Tatum |

This the 7th day of April, 2022.

                                            **CITY OF RALEIGH**
                                            **Robin L. Tatum**
                                            **City Attorney**

By:    /s/ Hunt K. Choi
         HUNT K. CHOI
         Deputy City Attorney
         NC State Bar No. 24172
         Post Office Box 590
         Raleigh, North Carolina 27602
         Telephone: (919) 996-6560
         Facsimile: (919) 996-7021
         Email: hunt.choi@raleighnc.gov
         *Counsel for City of Raleigh, North Carolina*

         /s/ Rachel E. Keen
         Rachel E. Keen
         NC State Bar No. 27777
         /s/ Sonny S. Haynes
         Sonny S. Haynes
         NC State Bar No. 41303
         WOMBLE BOND DICKINSON (US) LLP
         One West Fourth Street
         Winston-Salem, NC 27101
         Telephone: (336) 721-3600
         Email: Rachel.Keen@wbd-us.com
         Email: Sonny.Haynes@wbd-us.com
         *Counsel for City of Raleigh, North Carolina*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Catherine E. Edwards, Esq. | Dan M. Hartzog, Jr., Esq. |
| Kristen L. Beightol, Esq. | Katherine Barber-Jones, Esq. |
| EDWARDS BEIGHTOL, LLC | Hartzog Law Group, LLP |
| PO Box 6759 | 1903 N. Harrison Avenue, Suite 200 |
| Raleigh, North Carolina 27628 | Cary, North Carolina 27513 |
| Telephone: (919) 636-5100 | Telephone: (919) 670-0338 |
| Facsimile: (252) 408-6856 | Facsimile: (919) 714-4635 |
| *Attorneys for Plaintiff Siavash Mojarrad* | *Attorneys for Defendant William Brett Edwards* |
| Email: cee@eblaw.com | Email: dhartzogjr@hartzoglawgroup.com |
| klb@eblaw.com | Kbarber-jones@hartzoglawgroup.com |

And I hereby certify that I have mailed the document to the following non CM/ECF participants:

This the 7th day of April, 2022.

**CITY OF RALEIGH**
**Robin L. Tatum**
**City Attorney**

By: /s/ Hunt K. Choi
HUNT K. CHOI
Deputy City Attorney
NC State Bar No. 24172
Post Office Box 590
Raleigh, North Carolina 27602
Telephone: (919) 996-6560
Facsimile: (919) 996-7021
Email: hunt.choi@raleighnc.gov
*Counsel for City of Raleigh, North Carolina*

4