IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-396-FL

| | |
|---|---|
| SIAVASH MOJARRAD, as Administrator of THE ESTATE OF SOHEIL ANTONIO MOJARRAD,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BRETT EDWARDS, *in his individual capacity*, and CITY OF RALEIGH, NORTH CAROLINA.,<br><br>Defendants. | **ORDER GRANTING DEFENDANT EDWARDS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Upon the motion of Defendant William Brett Edwards to seal certain attachments to Defendant's Appendix to Local Rule 56.1 Statement of Material Facts (*hereinafter*, "Defendants' Appendix"), including Exhibit B to the Declaration of Craig Nelson, M.D. (OSME), (#2 - Defendants' Appendix), Exhibits A through H and K through Q to the Declaration of Derek Dike, (#3 - Defendants' Appendix), Exhibits A and C through M to the Declaration of Kristen Anderson (#4 - Defendants' Appendix), CCBI Investigate Report and Electronic File Materials attached to the Affidavit of Tanyon Rainey (#5 - Defendants' Appendix), Exhibits A and B to the Declaration of Elizabeth Patel (#6 – Defendants' Appendix), NC SBI Recorded Interviews of W.B. Edwards,

D.M. Thompson, Chad Caudle, and Tiare Powell (#7, #8, #9, #10 – Defendant's Appendix), and a. An unredacted version of the Declaration of William Brett Edwards, showing still captures from protected dashboard camera footage, on the grounds that the documents and materials contain information made confidential by N.C. Gen. Stat. §§ 160A-168 and 132-1.4(a) and/or are required to be filed under seal pursuant to the Protective Order filed in this case (DE 28);

AND IT APPEARING TO THE COURT that good cause has been shown for the granting of this motion;

AND IT APPEARING TO THE COURT that Defendant has demonstrated the necessity and propriety of sealing the documents at issue;

AND IT APPEARING TO THE COURT that the request to seal the documents overcomes any common law or First Amendment presumption to access;

AND IT APPEARING TO THE COURT that the specific qualities of the material to be sealed justify that they be sealed taking into account the competing interest in access;

IT IS THEREFORE ORDERED that Defendant's Motion to Seal be GRANTED and that the following documents submitted to the Court will be sealed:

1. Exhibit B to the Declaration of Craig Nelson, M.D. (OSME);

2. Exhibits A through H and K through Q to the Declaration of Derek Dike;

3. Exhibits A and C through M to the Declaration of Kristen Anderson;

4. CCBI Investigate Report and Electronic File Materials attached to the Affidavit of Tanyon Rainey;

5. Exhibits A and B to the Declaration of Elizabeth Patel;

6. NC SBI Recorded Interviews of W.B. Edwards, D.M. Thompson, Chad Caudle, and Tiare Powell (and transcripts thereof); and

7. An unredacted version of the Declaration of William Brett Edwards, showing still captures from protected dashboard camera footage.

SO ORDERED, this the 3rd day of May, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE