IN THE US DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-396-FL

| | |
|---|---|
| SIAVASH MOJARRAD, *as adminstrator of* THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br>     Plaintiff, <br><br> v. <br><br> WILLIAM BRETT EDWARDS, *in his individual capacity*, <br>     Defendant. | **ORDER GRANTING DEFENDANT EDWARDS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Upon the motion of Defendant William Brett Edwards to seal certain attachments to Defendant's Memorandum on Evidentiary Questions and Contested Issues of Law, including Exhibit D and Exhibit E.

AND IT APPEARING TO THE COURT that good cause has been shown for the granting of this motion;

AND IT APPEARING TO THE COURT that Defendant has demonstrated the necessity and propriety of sealing the documents at issue;

AND IT APPEARING TO THE COURT that the request to seal the documents overcomes any common law or First Amendment presumption to access;

AND IT APPEARING TO THE COURT that the specific qualities of the material to be sealed justify that they be sealed taking into account the competing interest in access;

IT IS THEREFORE ORDERED that Defendant's Motion to Seal be GRANTED and that the following documents submitted to the Court will be sealed:

1. Exhibit D to Defendant's Memorandum on Evidentiary Questions and Contested Issues of Law;

2. Exhibit E to Defendant's Memorandum on Evidentiary Questions and Contested Issues of Law.

SO ORDERED, this the 10 day of April, 2023

_____
LOUISE W. FLANAGAN
United States District Judge