THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIAVASH L. MOJARRAD, *as administrator of* THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>WILLIAM BRETT EDWARDS, *in his individual capacity*, <br><br>　　　　　Defendant. | Civil Action No. 5:20-cv-396-FL |

## ORDER

Having considered Plaintiff's Motion to Seal Exhibit A to Plaintiff's Notice (Dkt. No. 194), and good cause having been shown to seal that document, which contains confidential information and Fed. R. Civ. P. 408 protected settlement discussions, it is hereby

ORDERED that Plaintiff's Motion (Dkt. No. 194) be GRANTED, and it is further

ORDERED that Exhibit A to Plaintiff's Notice (Dkt. No. 193) be SEALED.

**SO ORDERED.**

This the  21st  day of    April    , 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Louise W. Flanagan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge