IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:20-cv-00396-FL

| | |
|---|---|
| SIAVASH MOJARRAD, as Administrator of THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BRETT EDWARDS, *in his individual capacity*, <br><br> Defendant. | **NOTICE OF APPEARANCE** |

The undersigned attorney, Katherine Barber-Jones, hereby gives notice of appearance as counsel of record for Defendant WILLIAM BRETT EDWARDS, in his individual capacity, in the above-captioned case. It is respectfully requested that all future documents, including but not limited to pleadings, notices, motions and discovery, be served upon the undersigned as counsel for Defendant WILLIAM BRETT EDWARDS.

This the 4th day of June, 2023.

        **HARTZOG LAW GROUP**

        */s/ Katherine Barber-Jones*
        KATHERINE BARBER-JONES
        N.C. State Bar No. 44197
        E-mail: kbarber-jones@hartzoglawgroup.com
        2626 Glenwood Ave., Ste. 305
        Raleigh, NC 27608
        Telephone: (919) 670-0338
        Facsimile: (919) 714-4635
        *Attorneys for Defendant William Brett Edwards*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that this day the foregoing *Notice of Appearance* was served on counsel for all parties in this case by filing it with the Court's ECF system.

This the 4th day of June, 2023.

          **HARTZOG LAW GROUP**

          */s/ Katherine Barber-Jones*
          KATHERINE BARBER-JONES
          N.C. State Bar No. 44197
          E-mail: kbarber-jones@hartzoglawgroup.com
          2626 Glenwood Ave., Ste. 305
          Raleigh, NC 27608
          Telephone: (919) 670-0338
          Facsimile: (919) 714-4635
          *Attorneys for Defendant William Brett Edwards*