IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00396-FL

| | |
|---|---|
| SIAVASH MOJARRAD, as Administrator of THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br><br> v. <br><br> WILLIAM BRETT EDWARDS, in his individual capacity, | **NOTICE OF CERTIFICATION OF TRAINING FOR USE OF COURTROOM TECHNOLOGY** |

Pursuant to Local Civil Rule 83.10, the undersigned does hereby certify that the person(s) responsible for operating courtroom technology for the Defendant in this action completed the necessary training on 6/8/2023, and has been informed that other than this training, the court and its employees do not provide information technology services.

_6-8-23_
*Date*

_[signature]_
*Signature of Court Staff*

Filed by:

**HARTZOG LAW GROUP**

*/s/ Katherine Barber-Jones*
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Ave., Ste. 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendant William Brett Edwards*