IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIAVASH L. MOJARRAD, *as administrator of* THE ESTATE OF SOHEIL ANTONIO MOJARRAD, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BRETT EDWARDS, *in his individual capacity*, <br><br> Defendant. | Civil Action No. 5:20-cv-396-FL |

## NOTICE OF SETTLEMENT

The Parties hereby notify the Court that settlement has been reached on all claims this matter. The Parties anticipate that Plaintiff will file a full dismissal of all claims within thirty (30) days of this Notice.

This the 10th day of June, 2023.

Respectfully submitted,

/s/ Catharine E. Edwards
Catharine E. Edwards
North Carolina Bar No. 52705
Kristen L. Beightol
North Carolina Bar No. 27709
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, North Carolina 27628
Telephone: (919) 636-5100
Facsimile: (919) 495-6868
cee@eblaw.com
klb@eblaw.com
*Attorneys for Plaintiff*

/s/ Dan M. Hartzog, Jr.
Dan M. Hartzog, Jr.
North Carolina Bar No. 35330
Katherine Barber-Jones
North Carolina Bar No. 44197
Rachel G. Posey
North Carolina Bar No. 56571
**HARTZOG LAW GROUP LLP**
2626 Glenwood Avenue, Suite 305
Raleigh, North Carolina 27608
Telephone:   (919) 670-0338
Facsimile:    (919) 714-4635
dhartzogjr@hartzoglawgroup.com
kbarber-jones@hartzoglawgroup.com
rposey@hartzoglawgroup.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2023, I served the foregoing **NOTICE OF SETTLEMENT** on counsel for all parties in this case by filing it with the Court's ECF system.

This the 10th day of June, 2023.

/s/ Catharine E. Edwards
Catharine E. Edwards
North Carolina Bar No. 52705
klb@eblaw.com
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, North Carolina 27628
Telephone: (919) 636-5100
Facsimile: (919) 495-6868

*Attorney for Plaintiff*