IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE ACTION NO. 5:20-CV-396-FL

| | |
|---|---|
| SIAVASH MOJARRAD, Administrator of the ESTATE OF SOHEIL ANTONIO MOJARRAD, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER** |
| WILLIAM BRETT EDWARDS, in his individual and official capacities, and the CITY OF RALEIGH, | ) ) ) ) |
| Defendants. | ) |

This cause coming to be heard on the parties' Joint Motion for Extension of Time to File Stipulation of Dismissal, and it appearing to the Court that this motion should be allowed for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED. The Stipulation of Dismissal shall be filed by August 10, 2023.

SO ORDERED, this the 28th day of July, 2023.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge