IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SIAVASH L. MOJARRAD, *as administrator of* THE ESTATE OF SOHEIL ANTONIO MOJARRAD, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 5:20-cv-396-FL |
| WILLIAM BRETT EDWARDS, *in his individual capacity*, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, with the consent of Defendant, hereby stipulates to the dismissal with prejudice of all claims against Defendant in this action. Each Party will bear its own costs and attorneys' fees associated with this action.

This the 11th day of August, 2023.

Respectfully submitted,

/s/ Catharine E. Edwards
Catharine E. Edwards
North Carolina Bar No. 52705
Kristen L. Beightol
North Carolina Bar No. 27709
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, North Carolina 27628
Telephone: (919) 636-5100
Facsimile: (919) 495-6868
cee@eblaw.com
klb@eblaw.com

*Attorneys for Plaintiff*

/s/ Dan M. Hartzog, Jr.
Dan M. Hartzog, Jr.
North Carolina Bar No. 35330
Katherine Barber-Jones
North Carolina Bar No. 44197
Rachel G. Posey
North Carolina Bar No. 56571
**HARTZOG LAW GROUP LLP**
2626 Glenwood Avenue, Suite 305
Raleigh, North Carolina 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
dhartzogjr@hartzoglawgroup.com
kbarber-jones@hartzoglawgroup.com
rposey@hartzoglawgroup.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I served the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** on counsel for all parties in this case by filing it with the Court's ECF system.

This the 11th day of August, 2023.

/s/ Catharine E. Edwards
Catharine E. Edwards
North Carolina Bar No. 52705
cee@eblaw.com
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, North Carolina 27628
Telephone: (919) 636-5100
Facsimile: (919) 495-6868

*Attorney for Plaintiff*